

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00019-CV

**IN THE INTEREST OF L.M.S.**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI06224
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

The reporter's record was originally due February 12, 2020, but was not filed. On February 13, 2020, the court reporter filed a notification of late record, stating that the appellant had not requested the preparation of the record. On March 16, 2020, the court reporter filed a second notification of late record, requesting an extension until March 31, 2020. However, we dismissed this appeal for want of prosecution on March 11, 2020. We therefore **DENY** the court reporter's request as moot.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.



_____
Michael A. Cruz,
Clerk of Court